JUNE 11, 2003

No. 02A1052. IN RE JOHNSON. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

JUNE 12, 2003

No. 02–1388. TOSCO CORP. ET AL. *v.* SAN FRANCISCO BAY-KEEPER, INC. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 02–11146 (02A1055). TRUEBLOOD *v.* INDIANA PAROLE BOARD ET AL. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

JUNE 16, 2003

No. 01–1865. ODEN *v.* NORTHERN MARIANAS COLLEGE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Nguyen* v. *United States, ante,* p. 69.

No. 02M101. MCKENZIE *v.* BROOKS, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02M102. TROWBRIDGE *v.* DEPARTMENT OF THE TREASURY ET AL. Motion for leave to file objection in the nature of a writ of error denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $7,172.37 for the period January 1 through March 31, 2003. [For earlier order herein, see, *e. g.,* 537 U. S. 806.]